**Order entered August 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01463-CV

## CREDIT SUISSE AG, ET AL., APPELLANTS

## V.

## CLAYMORE HOLDINGS, LLC, APPELLEE

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07858**

## ORDER

We **GRANT** court reporter Vielica Dobbins' August 5, 2016 request to extend time to file the reporter's record and **ORDER** the reporter's record filed no later than August 12, 2016.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE